UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

CHARLES ANDERSON,

Petitioner,

v.

JUDY SMITH,

Respondent.

ORDER

Civil No. 01-1711(ADM/ESS)

---

Based upon the Report and Recommendation by Magistrate Judge Swearingen dated September 26, 2001, and no objections having been filed to said Recommendation IT IS HEREBY ORDERED THAT:

The Clerk of Court is directed to transfer this action to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §1406(a).

Dated: October 17, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

OCT 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK